UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SOCORRO CHAVEZ, et al.,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>WYNDHAM VACATION RESORTS, INC., et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:20-CV-1222 JCM (DJA)<br><br>ORDER |

　　　　Presently before the court is defendant Joseph Young's motion to dismiss.  (ECF No. 5). Also before the court is defendants Wyndham Vacation Resorts, Inc. ("WVR"), Wyndham Resort Development Corporation ("WRDC"), Wyndham Worldwide Operations, Inc. ("WWO"), Wyndham Vacation Ownership, Inc.'s  ("WVO") motion to dismiss.  (ECF No. 6).  Plaintiffs Socorro Chavez and Juan Chavez responded.  (ECF No. 13).

　　　　On July 17, 2020, plaintiffs filed a notice of voluntary dismissal of only defendants Wyndham Resort Development Corp.; Wyndham Worldwide Operations, Inc.; Wyndham Vacation Ownership, Inc.; and Joseph Young, without prejudice.  (ECF No. 12).  On that same day, plaintiff filed an amended complaint as a matter of course.  (ECF No. 10).  The instant motions pertain to plaintiff's initial complaint.  (ECF No. 1).

　　　　In light of the foregoing, these motions are rendered moot.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant Joseph Young's motion to dismiss (ECF No. 5) be, and the same hereby is, DENIED as moot.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendants Wyndham Vacation Resorts, Inc. ("WVR"), Wyndham Resort Development Corporation ("WRDC"), Wyndham Worldwide Operations, Inc. ("WWO"), Wyndham Vacation Ownership, Inc.'s ("WVO") motion to dismiss (ECF No. 6) be, and the same hereby is, DENIED as moot.

DATED July 31, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**