G. MARK ALBRIGHT, ESQ.
NV Bar No. 001394
JORGE L. ALVAREZ, ESQ.
NV Bar No. 014466
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: (702) 384-7111
F: (702) 384-0605
gma@albrightstoddard.com
jalvarez@albrightstoddard.com

*Attorneys for Plaintiffs Socorro Chavez and Juan Chavez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOCORRO CHAVEZ, INDIVIDUALLY, and JUAN CHAVEZ, INDIVIDUALLY<br><br>Plaintiffs,<br><br>V.<br><br>WYNDHAM VACATION RESORTS, INC, et al.,<br><br>Defendants. | CASE NO.:   2:20-cv-01222-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The remaining parties in the above-entitled case, Plaintiffs SOCORRO CHAVEZ and JUAN CHAVEZ ("Plaintiffs"), and Defendant WYNDHAM VACATION RECORTS, INC. ("Defendant" or "Wyndham") (collectively the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree as follows:

1. Pursuant to an executed settlement agreement between the Parties, all claims asserted by Plaintiffs shall be dismissed with prejudice; and

2. Each party shall bear its own attorneys' fees and costs, except as set forth in the Parties' settlement agreement.

/ / /

DATED this _____ day of October, 2021.   DATED this 27th day of October, 2021.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**   **ARMSTRONG TEASDALE LLP**

_/s/ Michelle D. Alarie, Esq._

G. MARK ALBRIGHT, ESQ., #1394   MICHELLE D. ALARIE, ESQ.
JORGE L. ALVAREZ, ESQ., #14466   Nevada Bar No. 11894
801 South Rancho Drive, Suite D4   3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89106   Las Vegas, Nevada 89169
T: 702.384.7111 / F: 702.384.0605   T: 702.678.5070 / F: 702.878.9995
_Attorneys for Plaintiffs_   _Attorneys for Defendants_

### ORDER

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to close this case.

_____
UNITED STATES DISTRICT COURT JUDGE

DATE: November 2, 2021

2